## State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

Decided and Entered:  December 4, 2014                    518870
_____

In the Matter of DENNIS
    TIMMONS,
                        Petitioner,

        v
                                            MEMORANDUM AND JUDGMENT
ANTHONY J. ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
                        Respondent.
_____

Calendar Date:  October 21, 2014

Before:  Lahtinen, J.P., Stein, McCarthy, Egan Jr. and Clark, JJ.

_____

        Dennis Timmons, Comstock, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J. Mastracco of counsel), for respondent.

_____

        Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating a prison disciplinary rule.

        Determination confirmed.  No opinion.

        Lahtinen, J.P., Stein, McCarthy, Egan Jr. and Clark, JJ., concur.

ORDERED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court